17-CV-61578-DIMITROULEAS/SNOW

FILED BY ___DR___
Aug 8, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. FORT LAUDERDA

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

STATE OF FLORIDA
    Plaintiff,

State Court Case No:.16001973CF10A

vs.

Patty Nettles Reid
    Accused.
_____/

### NOTICE OF REMOVAL TO FEDERAL JURISDICTION.

COMES NOW the Accused Patty Nettles Reid, Sui Juris, filing this motion to have her case moved to Federal Jurisdiction pursuant to 28 U.S.C. § 1455.

1.The reason that the accused is moving this case to federal court is because, her constitutional protected safeguards are been violated, For i.e, Ms Patty Nettles Reid herein referred to as the accused, have been taking care of her son Landan Reid now 22, who was blind since birth, and have no mental history of been incapacitated. The accused have been denied remedy and redress with every filed petition answered with abuse and injuries. In one instance the accused was denied access to the court and denied hearing since 2007. There is suspected conspiracy between the state

1

actors in that they have been ignoring the accused due process, and are being disrespectful to the accused.

2. The accused Patty Nettles Reid's son, Landan, who had been blind since birth but did not have any documented mental incapacity, was ordered by Judge Speiser in Broward County Court (Florida) to be remanded into an institution, against ADA Standard and Supreme Court ruling on olmstead act. Landan has expressed fears of being separated from his family and to be separated from his instant family.

3. The probable cause arrest affidavit, used as the official document to launch the accused arrest, is inaccurate. The accused was arrested April 13, 2016. The document says that the accused missed a hearing in June 16, 2016 (the hearing for the arrest), this was 2 months before the accused was arrested. How can the accused be arrested for doing something in the future? With all these false information, the State of Florida still continued to move forward with this case. See exhibit "A."

4. The accused was charged with violating Florida Statute 787.03(1) "interference with custody", which alleges unlawful guardianship, misuse of ward's funds and payment of guardianship fees for services never rendered among other things. The accused was charged with the "interference with custody" [of her own adult/child] And property of the Reid family.

The current case with the accused was reported as a Non-Criminal Report, see exhibit "B". How did this same case turned into a criminal case?.

5.The accused is almost sure that she will not get a fair Trial/Hearing if and when it comes because of the blatant due process law violations, and Conspiracy of her unalienable rights.

WHEREFORE the accused is moving this common law court to accept her removal to its federal jurisdiction so that the accused due process is protected.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was hand delivered or furnished via U.S. Mail this 8th day of August ,2017

To:

MICHAEL J. SALTZ
201 S.E. 1ST AVENUE #720
FT LAUDERDALE, FL. 33301

By:

Patty Reid
4241 NW 25 PL
LAUDERHILL, FL. 33313

Patty Reid
301 237-1659

**Broward County Arrest Form**

| Field | Value |
|---|---|
| Arrest Number | |
| Filing Agency | Lauderhill Police |
| Offense Report # | 1509-4065 |
| Defendant's Last Name | Reid |
| First | Patty |
| Middle | Nettles |
| Race | B |
| Sex | F |
| Height | 504 |
| Weight | 120 |
| Hair | Blk |
| Eyes | brn |
| Comp. | dk |
| Age | 55 |
| Date of Birth | 8/28/60 |
| Birth Place | Florida |
| Country | USA |
| Local Address | same as permanent |

| Count Number | Offenses Charged | Citation # If Applicable | F.S. § or Copies / Warrant # |
|---|---|---|---|
| 1 | Interference with Custody | | 787 03 (1) |

**PROBABLE CAUSE AFFIDAVIT**

Det. A. Kiefer / 267

Before me this date personally appeared, deposes and says that on 26 day Aug. 2015 at 4241 NW 25 Place, Lauderhill, Florida

above named defendant committed the above offenses (s) charged and the facts showing probable cause to believe same are as follows:

As of 8/26/15, the above named subject did then and there interfere with the Custody of an Incompetent Person within the jurisdictional limits of the City of Lauderhill as well as other locations within Broward County. The subject without lawful authority knowingly and recklessly took, enticed, aided, abetted, hired or procured another to do the same, from the custody of the South Florida Guardianship Program Incorporated.

The facts to support probable cause for the offense of Interference with Custody are as follows:

Patty Reid is the biological mother to ▇▇▇ ▇▇▇ and therefore had been the parental guardian of the child.

On or about 12/21/07, the Court issued an emergency Order re-freezing Patty Reid's assets. Subsequent to the Order, Patty Reid was removed as guardian of ▇▇▇ ▇▇▇'s assets and the South Florida Guardianship Program Inc. was eventually appointed as Successor Guardian of the Property.

I swear the above statement is correct and true to the best of my knowledge and belief.

A. Kiefer / 267    CID

STATE OF FLORIDA,
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 4 day of Dec. 2015

A. Kiefer / 267 badge

Print, Type or Stamp Commissioned Name of Notary Public

Seventeenth Judicial Circuit
Broward County
State of Florida

22-37285

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 2/16/2016 3:45:00 PM ***

APR-13-2016 11:21
P.003

☒ **COMPLAINT AFFIDAVIT**
PROBABLE CAUSE AFFIDAVIT CONTINUATION

☐ Arrest Form

| Broward County Arrest Number | | | | OBTS. # | | |
|---|---|---|---|---|---|---|
| Filing Agency: Lauderhill PD | Offense Report #: 1509-4065 | Arresting Officer: A. Kiefer | CCN: 267 | FBI | Social Security # | |
| Defendant's Last Name: Reid | First: Patty | Middle: Nettles | SUF | Alias/Street Name | Citizenship: USA | |

Name of victim(s) (If corporation, exact legal name and state of incorporation):

#1) _____
#2) _____
#3) _____

| Count Number | Offenses Charged | WC# / Citation # (if Applicable) | F.S. # or Caplas / Warrant # |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared A. Kiefer / 267 who being first duly sworn deposes and says that on 26 day Aug., 2015 at 4241 NW 25 Place, Lauderhill ( crime location ) the above named defendant committed the above offenses (s) charged and the facts showing probable cause to believe same are as follows:

On 4/28/15, the Guardian filed a Petition For Emergency Hearing/Status Conference, alleging that Patty Reid denied access to the ▮▮▮▮ ▮▮▮▮ home. When it came to the hearing, Patty Reid filed a 'Notice of Unavailable', claiming personal conflicts for her inability to attend.

On 5/26/15, the Court issued an Order to Show Cause as to why Patty Reid should not be held in contempt finding that she failed to give the Guardian full and unfettered access to ▮▮▮▮ ▮▮▮▮ as she did not allow access to his residence.

On 6/16/16, when Patty Reid failed to show for another hearing, the Court ordered the Guardian to file a Petition to remove ▮▮▮▮ ▮▮▮▮ from the custody of Patty Reid.

On 8/25/15, during a court hearing to address the Petition to remove ▮▮▮▮ ▮▮▮▮ from Patty Reid. Patty Reid was present as she had been noticed of via US Mail. Patty Reid knew of the substance of the petition but failed to bring the Ward to court. Patty Reid was ordered by Judge Mark Speiser to return to court on 8/26/15 at 0830 hours with ▮▮▮▮ ▮▮▮▮.

On 8/26/15, Patty Reid failed to show up for court as ordered. Judge Speiser on that day ordered for the removal of ▮▮▮▮ ▮▮▮▮ from the care, custody and control of Patty Reid and place him in an appropriate facility. Judge Speiser ordered that the Broward Sheriffs Office to assist the Guardian in the removal of ▮▮▮▮ ▮▮▮▮. This was ordered under Broward County Case # PRC000004940. Also, Judge Speiser also ordered a Civil Writ Of Bodily Attachment commanding law enforcement to take Patty Reid into custody for failing to appear at the hearing on Aug. 26, 2015.

After 8/26/15, the Director of Social Services for the South Florida Guardianship Program, Regina Clarke, went to the last known address for Patty Reid and ▮▮▮▮ ▮▮▮▮. Attempts to make contact with anyone were unsuccessful.

I swear the above statement is correct and true to the best of my knowledge and belief.

_[signature]_ — Officer / Affiant's Signature
A. Kiefer / 267 — Officer's Name/CCN
CID — Officer's Division

**STATE OF FLORIDA,
COUNTY OF BROWARD**

Sworn to (or affirmed) and subscribed before me this **4** day of **Dec.** **2015** (year).

by A. Kiefer / detective (name and title), who is personally known to me or has produced
badge as identification.

_[signature]_
Notary Public, Deputy Clerk of the Court, Notary Public, or Assistant State Attorney

Title or Rank / CCN
( SEAL or STAMP )

Print, Type or Stamp Commissioned Name of Notary Public

Seventeenth Judicial Circuit
Broward County
State of Florida

First Appearance / Arrest Form

Orig - Court
2nd - State Attorney
3rd - Filing
4th - Arresting Agency

Filing # 37875201 E-Filed 02/16/2016 03:45:32 PM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, STATE OF FLORIDA

**THE STATE OF FLORIDA**　　　　　　　　**INFORMATION FOR**

**vs.**　　　　　　　　　　　　　　　　I.　**INTERFERENCE WITH CUSTODY**

**PATTY NETTLES REID,**

　　**Defendant**

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that **PATTY NETTLES REID, on the 26th day of August, A.D. 2015**, in the County and State aforesaid, did then and there without lawful authority, knowingly or recklessly take any incompetent person from the custody of the incompetent person's guardian, to-wit: The South Florida Guardian Ship Program Incorporated, or entice, aid, abet, hire or procure another to do the same, contrary to F.S. 787.03(1),

SD/or
2/15/2016

Filing # 37875201 E-Filed 02/16/2016 03:45:32 PM




**FELONY**

## IN THE CIRCUIT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,
　　　　　　　　　　　　　　　Plaintiff
V.

Court Case Num:　　　　　　　　SAO Num:　2237285
Offense Rpt No:　LH1500094065　Offense Date:　8/26/2015
Charge Agency:　LAUDERHILL PD　Case Type:　WI
Arrest No:　　　　　　　　　　　Arrest Date:

**PATTY NETTLES REID**
　　　　　　　　　　　　　　　Defendant
DOB:6/26/1960　Race:B　Sex: F　BCCN:

---

TO THE CLERK OF THE ABOVE-STYLED COURT:
The State hereby announces the following actions to be taken on the charges involved in the above-captioned arrest/matter:

Action taken:　　NIC CAPIAS

| Count | Action | Short Description | Charge |
|---|---|---|---|
| 1 | As Presented /Filed/Clerk | 787.03 - 3/CF - INTERFERENCE WITH CUSTODY | |
| | Chrg Presented | 787.03 - 3/CF - INTERFERENCE WITH CUSTODY | 1 |

**Victim's Names**

Special Instruction to the Clerk/Jail

Dated　　　Day of　February, 2016

Michael J. Satz, State Attorney
By:　Scott Dressler　/ DG　ASA
Florida Bar No:　0434949
Phone:　(954) 831-6352

Clerk Comments
Filed _____ Custody Status _____ Division _____
Arraignment _____

CLERK COPY

XSB　0002237285　　　　SCDS55　　　XCN　　　008088818　FSI

Page 1 of 1
*** FILED  BROWARD COUNTY, FL  HOWARD FORMAN  CLERK 2/16/2016 3:15:00 PM ****

*** FILED: BROWARD COUNTY, FL Howard C. Forman, CLERK 2/16/2016 11:34:46 AM.***

Patty Nettles Reid
Na
Fort Lauderdale, FL 33301

Female 06/26/1960 Black
16-001973-CF10A

5 Ft. 4 In. 120 Lbs. Brown

BCCN:

In The Circuit/Court
In And For Broward County,
Florida

## Capias

Judge Michael Robinson - FC
Dft Number 16-001973-CF10A

To all and singular the sheriffs of Florida, Greetings:

You are commanded to take **Patty Nettles Reid**

If that person be found in your county, arrest and safely keep so that you may have that person's body before the Judge of our said court instanter to answer to the charge, filed by the State Attorney of Broward County, Florida to:

| Charge | Charge Description | Bond Amount |
|---|---|---|
| 1 | Interference with Custody | 1,000.00 |
| | Total: | 1,000.00 |

Issue Date: 02/16/2016

A true Copy then and there this writ.

[Seal: 17th Judicial Circuit, Broward County, Florida]

2/18/2016
Witness Howard C. Forman, Clerk of our
Said court and the seal of our said court,
At the Courthouse at Fort Lauderdale Florida,
Howard C. Forman, Clerk

By: Shirley _____ Deputy Clerk

Arresting Agency:
Arresting Officer:
Reason Capias Issued: **Capias - Not In Custody**
*************************************************************

Received this capias on _____ and executed same on _____
By arresting the within named defendant and having him now before the court.
_____, Sheriff By: _____
Deputy Sheriff

# OFFENSE INCIDENT REPORT

| Agency ORI | Agency Report Number |
|---|---|
| FL0061800 | 15094065 |

| Reported: Day | Date | Time (mil) | Time Dispatched (mil) | Time Arrived (mil) | Time Completed (mil) |
|---|---|---|---|---|---|
| Wednesday | 09/23/2015 | 09:20 | 09/23/2015 09:20 | 09/23/2015 09:20 | 09/23/2015 10:00 |

| # Off. | # Victims | # Offenders | # Prem. Ent | # Veh. Stolen | Incident: From | Day | Date | Time (mil) | Day | Date | Time (mil) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 0 | | Wednesday | 09/23/2015 | 09:20 | Wednesday | 09/23/2015 | 09:20 |

**Incident Location:** 4241 NW 25 Place, LAUDERHILL FL 33313
**Geographic Indicator Tract:** 43 ZONE (EAS)
**Method of Operation:** MOTHER HAS REFUSED TO TURN CUSTODY
**Description of Incident:** INFORMATION
**Location Type:** RESIDENCE-SINGLE
**Occupancy:** OCCUPIED

| Offense Type | Description | Attempt/Complete | NCIC/UCR Code | Forced Entry |
|---|---|---|---|---|
| 1 OTHER | Non-Criminal Reports | A | 00 | N/A |

**Statute Violation Number:** 777.7777.1    **Weapon Code:**

## VICTIM / WITNESS

| Offense Indicator | V/W Code # | V. Type | Juvenile | Name (Last, First, Middle) | Suffix |
|---|---|---|---|---|---|

| Address (Street, Apartment Number) | City | State | Zip | Residence Phone |
|---|---|---|---|---|

| Other Contact Info (Time Available, Interpreter) | Synopsis Of Involvement | Business Phone |
|---|---|---|

| Race | Sex | DOB | Age | Res. Type | Res. Status | Extent Of Injury | Injury Type | Relationship | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|

| Occupation | Employer/School | Address | SSN |
|---|---|---|---|

| Driver's License (State and Number) | Other ID (Number and State) | Scars, Marks, Tattoos (Location and Description) | FCIC/NCIC |
|---|---|---|---|

| Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Ethnicity |
|---|---|---|---|---|---|

## SUSPECT / MISSING PERSON

| Offense Indicator | Involvement Type | Juvenile | Name (Last, First, Middle) | Suffix | Suspect Code |
|---|---|---|---|---|---|

| Address (Street, Apartment Number) | City | State | Zip | Residence Phone |
|---|---|---|---|---|

| Maiden Name | Nickname/Streetname | Place of Birth | Business Phone |
|---|---|---|---|

| Race | Sex | DOB | Age | Clothing | Res. Type | Res. Status | Cell Phone |
|---|---|---|---|---|---|---|---|

| Occupation | Employer/School | Address | SSN |
|---|---|---|---|

| Driver's License (State and Number) | Other ID (Number and State) | Scars, Marks, Tattoos (Location and Description) | FCIC/NCIC |
|---|---|---|---|

| Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Ethnicity |
|---|---|---|---|---|---|

**Special Identifiers:**    **Immigration/Naturalization #:**

## MISSING PERSON

| Incident Type | Foul Play? | Missing Before? | Fingerprints? | Photo Available? | Dental Record? | MCIC Form? |
|---|---|---|---|---|---|---|

| Date Last Seen | Time Last Seen | Location Last Seen (Address, City, St.) |
|---|---|---|

**Accompanied By:**

| Mental/Physical Condition | Medication Required/Type | Doctor/Dentist (Name, Phone Number) |
|---|---|---|

| Type | Description | Status | Quantity | Measure | | |
|---|---|---|---|---|---|---|

## VEHICLE

| Related To: | Status Code | Damage Code | Type | Offense |
|---|---|---|---|---|

| Veh. # | Year | Make | Model | Style | VIN/Hull Number |
|---|---|---|---|---|---|

| Tag Reg./Doc. # | Plate State | Plate Year | Reg. State | Reg. Year | Decal Number | Tag Type |
|---|---|---|---|---|---|---|

| Condition | Insurance Company | Lien Holder | Estimated Value |
|---|---|---|---|

| Color | Description (Identifying Characteristics Noticeable Damage, Interior Color, Etc.) |
|---|---|

| Vessel Name | Length | Hull Material | Propulsion | Boat Type |
|---|---|---|---|---|

| Recovery Loc. | Recovery Code |
|---|---|

| Recovery Address/Geographic Indicator | Date Recovered | Value Recovered |
|---|---|---|

| Method Of Theft | Original Reporting Agency |
|---|---|

| Report Number | Hold | Reason/Authority |
|---|---|---|

Components Stripped

| Towed By | Storage Location | FCIC/NCIC |
|---|---|---|

## PROPERTY / WEAPON

| Person Code | Item # | Damage Code | Type | Status | Offense |
|---|---|---|---|---|---|

| Quantity | Name | Brand | Make | Model |
|---|---|---|---|---|

| Serial Number | Owner Applied Number |
|---|---|

Description (Size, Color, Caliber, Barrel Length, Etc.)

| Value | Value Recovered | Date Recovered | FCIC/NCIC |
|---|---|---|---|

| Related To: | Status | Type |
|---|---|---|

| Bank/Card Issuer | Account Number | Document/Serial Number |
|---|---|---|

| Printed Name | Payable To | Face Signature |
|---|---|---|

| Endorsement | Other Name(s) | Service/Property Received |
|---|---|---|

| ID. Type | ID. No. | Document Date | Amount |
|---|---|---|---|

## NARRATIVE

Title: INFORMATION

On Wednesday, September 23, 2015, at approximately 0920 hours, I was requested to make landline with the complainant Bob Julian in reference to reporting a kidnapping. Contact was made with Mr. Julian via my cell phone who advised me of the events and circumstances which surrounded this incident.

Mr. Julian explained that he is the General Counsel for the South Florida Guardianship Inc. He advised that an endangered adult, Landon Reid was supposed to have been turned over to their custody by his mother, Patty Reid. Per court case #PRC000004940 which was issued by Judge Mark Speiser stated that Mrs. Reid will turn over custody of Landon on August 26, 2015. Mr. Julian stated that Mrs. Reid failed to attend that court date and they have been unable to locate her and her son.

Mr. Julian was adamant that Mrs. Reid has secretly concealed the location of her and her son intentionally which has interfered with the function of the Guardianship program.

## STATUS

| Report Contains | | Related Report Number(s) RPC000004940 | |
|---|---|---|---|
| Reporting Officer/ID 0424  BEANS, JOSEPH | | Unit 29B43 | Date 9/24/2015 5:27:25 AM |
| Officer Reviewing (If Applicable) VOGT, WILLIAM | D. Number 0395 | Routed To | Referred To | Assigned To 0267  KIEFER, ANDREW | By |
| Case Status INACTIVE | Clearance Type | Date Cleared | Number Arrested 0 |

| Agency ORI | Incident Offense Report | Agency Report Number |
|---|---|---|
| FL0061800 | Additional Narratives | 15094065 |

**Title:** INFORMATION

It should be noted that Mr. Julian advised that they have made several attempts to make contact with Mrs. Reid at the location of 4241 NW 25 Pl and the residence on her Fl DI with negative results.

Mr. Julian was issued a Lauderhill case number and given instructions on how to obtain a copy of this report.

I then made contact with Adult Protective Services to file a report against possible neglect. The report was taken by DCF call taker Sandra #945, however, due to there being no knowledge of the whereabouts of Mrs. Reid and her son, they would not accept this report.

**NARRATIVE**

| Agency ORI | Incident Offense Report | Agency Report Number |
|---|---|---|
| FL0061800 | Other Persons Involved | 15094065 |

**Others**

| Offense Indicator | Involvement Type | Juvenile | Name (Last, First, Middle) | | Suffix | | Suspect Code |
|---|---|---|---|---|---|---|---|
| 00* | OTHER | NO | REID, , PATTY NETTLES | | | | |
| Address (Street, Apartment Number) | | | City | State | Zip | | Residence Phone |
| 4241 NW 25 Place , | | | LAUDERHILL | FL | 33313 | | |
| Maiden Name | | | Nickname/Streetname | Place of Birth | | | Business Phone |

| Race | Sex | DOB | Age | Clothing | | | Res. Type | Res. Status | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| BLA | FEMAL | 06/26/1960 | 55 | | | | County | Full Year | |
| Occupation | | Employer/School | | | Address | | | SSN | |
| UNKNOWN OR | | | | | | | | 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 | |
| Driver's License (State and Number) | | | Other ID (Number and State) | | Scars, Marks, Tattoos (Location and Description) | | | FCIC/NCIC | |
| R300674607260 | | FL | | | | | | YES | |
| Height | | Weight | Eye Color | | Hair Color | | Hair Length | Hair Style | |
| Complexion | | Build | Facial Hair | | Teeth | | Speech/Voice | Ethnicity NON-HISPANIC | |

| Offense Indicator | Involvement Type | Juvenile | Name (Last, First, Middle) | | Suffix | | Suspect Code |
|---|---|---|---|---|---|---|---|
| 00* | OTHER | NO | REID, , LANDON | | | | |
| Address (Street, Apartment Number) | | | City | State | Zip | | Residence Phone |
| 4241 NW 25 Place , | | | LAUDERHILL | FL | 33313 | | |
| Maiden Name | | | Nickname/Streetname | Place of Birth | | | Business Phone |

| Race | Sex | DOB | Age | Clothing | | | Res. Type | Res. Status | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| BLA | MALE | 12/24/1994 | 20 | | | | County | Full Year | |
| Occupation | | Employer/School | | | Address | | | SSN | |
| UNKNOWN OR | | | | | | | | | |
| Driver's License (State and Number) | | | Other ID (Number and State) | | Scars, Marks, Tattoos (Location and Description) | | | FCIC/NCIC | |
| | | | | | | | | NO | |
| Height | | Weight | Eye Color | | Hair Color | | Hair Length | Hair Style | |
| Complexion | | Build | Facial Hair | | Teeth | | Speech/Voice | Ethnicity NON-HISPANIC | |

| Offense Indicator | Involvement Type | Juvenile | Name (Last, First, Middle) | | Suffix | | Suspect Code |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Address (Street, Apartment Number) | | | City | State | Zip | | Residence Phone |
| Maiden Name | | | Nickname/Streetname | Place of Birth | | | Business Phone |

| Race | Sex | DOB | Age | Clothing | | | Res. Type | Res. Status | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| Occupation | | Employer/School | | | Address | | | SSN | |
| Driver's License (State and Number) | | | Other ID (Number and State) | | Scars, Marks, Tattoos (Location and Description) | | | FCIC/NCIC | |
| Height | | Weight | Eye Color | | Hair Color | | Hair Length | Hair Style | |
| Complexion | | Build | Facial Hair | | Teeth | | Speech/Voice | Ethnicity | |

| Agency ORI<br>FL0061800 | Incident Offense Report<br>Additional Narratives | Agency Report Number<br>15094065 |
|---|---|---|

Page 5 of 6

**Title:** supplemental report

Lauderhill Police Department
Supplemental Report
Criminal Investigations Division

| | |
|---|---|
| Case number | 1509-4065 |
| Date | 12/4/15 |
| Investigator | Detective Andrew Kiefer / CCN 267 |
| Original Offense | Interference with Custody of Incompetent Adult |
| New Offense | Interference with Custody of Incompetent Adult |
| Case Status | Closed |
| Case Clearance | Filed with SAO |
| Case assigned to | Detective Andrew Kiefer / CCN 267 |
| Supervisor | Detective Sergeant Chauncey Sims / CCN 328 |
| Suspect | Patty Nettles Reid |
| Victim | Landor Reid |

**NARRATIVE**

On 9/23/15, Ofc. Beans responded to a call for service as a road patrol officer with the Lauderhill Police Department. Ofc. Beans spoke with complainant Mr. Robert Julian via telephone in reference to a kidnapping complaint. Mr. Julian advised that he was the General Counsel for the South Florida Guardianship Program Inc. and that endangered adult Landor Reid was supposed to have been turned over to the care of said entity by Reid's mother, Patty Reid. The report prepared by Ofc. Beans indicated that under Broward County Case # PRC000004940 with the Probate Division, Judge Mark Speiser ordered that Patty Reid to turn over Landor Reid on Aug. 26, 2015. Patty Reid failed to attend that court date and the South Florida Guardianship Inc. has been unable to locate neither Patty Reid nor Landor Reid. The report further indicates that R. Julian stated that Patty Reid has secretly concealed the location of Landor Reid and therefore interfered with the function of the South Florida Guardianship Incorporated.

Ofc. Beans told Robert Julian that the elements relating to kidnapping did not appear to be met in this case. Mr. Robert Julian would file another report on 10/12/15 after speaking with the State Attorneys Office. The State Attorneys recommended filing a report relating to Interference with Custody.

On 10/21/15 I met with Mr. Robert Julian at South Florida Guardianship Program Inc. located at 6561 Sunset Strip, Sunrise Florida. I obtained a full sworn digitally recorded statement from R. Julian. The following is not only a summary of the statement given by R. Julian but also incorporates facts listed in an affidavit he filed with the court on behalf of the South Florida Guardianship Program on Aug. 26, 2015.

Patty Reid is the biological mother to Landor Reid and therefore had been the parental guardian of the child. As a result of Landor Reid's birth, a settlement in the amount of $825,000.00 was awarded in which Landor Reid netted $410,000.00. Sometime in 2006 there were disputes and/or allegations of wasting funds and misappropriations of large amounts of funds. Sometime thereafter a Court Monitor was appointed. In 2006 The South Florida Guardianship Program Inc. was appointed by the court as the entity that would take care of the funds.

On or about 12/21/07, the Court issued an emergency Order re-freezing Patty Reid's assets. Subsequent to the Order, Patty Reid was removed as guardian of Landor Reid's assets and the South Florida Guardianship Program Inc. was eventually appointed as Successor Guardian of the Property. When Landon Reid was nearing the age of 18, the South Florida Guardianship Program Inc. reached out to Patty Reid to find Landor Reid and set up an account to get the funds to him. Since Landor Reid had some permanent disabilities as a result of birth, the South Florida Guardianship Program Inc. asked the court to have an independent evaluation of Landor Reid. There was difficulty in finding Patty and Landon Reid. On 10/13/13 at a hearing at which Patty Reid was present, South Florida Guardianship Program was ordered to file a Petition to Determine Incapacity relating to Landor Reid. Patty Reid was ordered to report any change of address from her then listed address of 3605 NW 14 Court, Lauderhill. In November 2013 the petition was filed. In just a few days, Patty Reid violated this order by notifying the Guardian she had moved but not providing the Guardian with the new physical address, only a PO Box address. Subsequent to the Guardian's filing a Petition to Determine Incapacity, an examining committee comprised of doctors and social worker all found Landon Reid to have plenary incapacity. Patty Reid challenged the Guardian, claiming that it had filed the petition for incapacity in bad faith and accusing the Guardian of embezzling Landor Reid's assets.

| Agency ORI | Incident Offense Report | Agency Report Number |
|---|---|---|
| FL0061800 | Additional Narratives | 15094065 |

**Title:** supplemental report

General Magistrate Rita Berry found Landon Reid to have plenary incapacity. The Honorable Judge Mel Grossman issued an Order upon the report of the General Magistrate adopting the same.

In the subsequent months, South Florida Guardianship Program continuously attempted to see and evaluate Landon Reid, but was prevented from doing so by the actions of Patty Reid. On 9/24/14, Judge Speiser appointed the South Florida Guardianship Program Inc. as primary guardian over Landon Reid's person and property. With regards to the guardianship over the person, Robert Julian explained that it means all aspects of the Landon's life to include medical care, education, etc. as well as his personal assets. That being said, the court wished for Landon Reid to remain in the physical custody of his mother, Patty Reid. Subsequent to that time, Patty Reid was less than cooperative with the South Florida Guardianship Program Incorporated. Patty Reid would not allow them into her home to see Landon Reid. They ended up seeing Landon Reid at his school and then at one point, the Clinical Director for the South Florida Guardianship Program Inc. was advised that Patty Reid refused to allow Landon to be seen at school. In November of 2014, the Guardian filed a Petition to Compel Access to Residence of Ward and for Authorization of Law Enforcement Assistance. At a status conference on 1/27/15, the Court ordered to give the Guardian "full and unfettered access" to Landon Reid. The Court further ordered that Patty Reid was to allow inspection of the residence of the Ward. Testimony in court showed that Patty Reid violated this order as well as refusing to provide the Guardian with full access to Landon Reid. On 4/28/15, the Guardian filed a Petition for Emergency Hearing/Status Conference, alleging that Patty Reid denied access to the Landon Reid's home. When it came to the hearing, Patty Reid filed a 'Notice of Unavailable', claiming personal conflicts for her inability to attend. On 5/26/15, the Court issued an Order to Show Cause as to why Patty Reid should not be held in contempt finding that she failed to give the Guardian full and unfettered access to Landon Reid as she did not allow access to his residence. On 6/16/15, when Patty Reid failed to show for another hearing, the Court ordered the Guardian to file a Petition to remove Landon Reid from the custody of Patty Reid. On 8/25/15, during a court hearing to address the Petition to remove Landon Reid from Patty Reid, Patty Reid was present as she had been noticed of via US Mail. Patty Reid knew of the substance of the petition but failed to bring the Ward to court. Patty Reid was ordered by Judge Mark Speiser to return to court on 8/26/15 at 0830 hours with Landon Reid. On 8/26/15, Patty Reid failed to show up for court as ordered. Judge Speiser on that day ordered for the removal of Landon Reid from the care, custody and control of Patty Reid and place him in an appropriate facility. Judge Speiser ordered that the Broward Sheriffs Office to assist the Guardian in the removal of Landon Reid. This was ordered under Broward County Case # PRC000004940. Also, Judge Speiser ordered a Civil Writ of Bodily Attachment commanding law enforcement to take Patty Reid into custody for failing to appear at the hearing on Aug. 26, 2015. Lastly, Judge Speiser issued an Order to Show Cause for Patty Reid for failing to report on Aug. 26, 2015. Patty Reid was ordered to appear before Judge Speiser on Sept. 24, 2015 at 1130 hours. On 9/24/15, Patty Reid failed to appear as ordered.

After 8/26/15, the Director of Social Services for the South Florida Guardianship Program, Regina Clarke, went to the last known address for Patty Reid and Landon Reid. Attempts to make contact with anyone were unsuccessful. At the conclusion of obtaining a statement from Robert Julian, I obtained copies of several orders, petitions and affidavits filed with the court relating to this case involving the guardianship of Landon Reid.

Subsequent to learning of this case, I attempted to make contact with Patty Reid and/or Landon Reid at their last known address of 4241 NW 25 Place, Lauderhill. Despite several attempts to make contact with either party at said residence, all efforts were unsuccessful. Local databases did not provide any other addresses for Patty Reid.

At this time the whereabouts of Patty Reid and Landon Reid are unknown. Per Mr. Robert Julian, Landon Reid was not enrolled in the school which he had attended the previous year.

The subject had failed to cooperate with the Guardian over the course of a two year period with respect to accessing Landon Reid as well as having him evaluated. The lack of cooperation and failure to respect the Courts rulings ultimately resulted in an order for the removal of Landon Reid from the custody of Patty Reid.

Patty Reid knew of the petition calling for the removal of Landon Reid from her custody. She attended the hearing on 8/25/15 and failed to bring Landon Reid at that time. She failed to return to Judge Speiser's courtroom on 8/26/15 at 0830 and again on Sept. 24, 2015 at 1130 hours contrary to his orders.

Based on the above listed facts, an 'Out of Custody' Probable Cause Affidavit has been prepared as probable cause exists for the offense of Interference with Custody.